# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| V. § | CASE NO. 4:23CR063 |
| § | Judge Mazzant |
| § | |
| MARK EXPOSITO § | |

## ORDER

On July 31, 2025, Defendant filed an Agreed Motion to Continue Deadline for Plea, Pretrial Motions, Pretrial Materials and for Continuance of Trial if Necessary (Dkt. #99).

Defendant entered a plea of guilty before United States Magistrate Judge Bill Davis on August 4, 2025 and is currently awaiting sentencing. It is therefore,

ORDERED that the Agreed Motion to Continue Deadline for Plea, Pretrial Motions, Pretrial Materials and for Continuance of Trial if Necessary (Dkt. #99) is **DENIED** as moot.

IT IS SO ORDERED.

**SIGNED this 7th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE